# FORM 1
## INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
## ASSET CASES

| Case No: | 16-24720 | BWB | Judge: | Bruce W. Black | Trustee Name: | Joji Takada, Chapter 7 Trustee |
|---|---|---|---|---|---|---|
| Case Name: | Carhart, Inc. | | | | Date Filed (f) or Converted (c): | 08/01/2016 (f) |
| | | | | | 341(a) Meeting Date: | 08/31/2016 |
| For Period Ending: | 12/31/2016 | | | | Claims Bar Date: | |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Cash on Hand | 758.00 | 758.00 | | 0.00 | 758.00 |
| 2. Accounts Receivable | 15,000.00 | 15,000.00 | | 0.00 | 15,000.00 |
| 3. Misc office furniture and equipment<br><br>(Desk, chair, file cabinets) Dell E6510 laptop Generic Windows server. Dell 3115DN Printer. Located at 3512 White Eagle Drive, Naperville, IL 60564 | 750.00 | 750.00 | | 0.00 | 750.00 |
| 4. Attorney Malpractice Claim<br><br>Claims against law firms and attorneys who represented LLC partially owned by the Debtor. Von Breeson and roper, Milwaukee, WI; Wagoner, falconer and Judd, Minneapolis, MC; Mallory and Zimmerman, Milwaukee, WI; Cade LAw, Milwaukee, WI. | Unknown | Unknown | | 0.00 | Unknown |
| 5. Shareholder derivative action<br><br>False expense reports filed with LLC (1/2) oqnws vy shareholder of co-worker, Halaska International LLC. Mr. Chris Halaska. Litigated but no specifically mentioned in Judgment entered in Wisconsin LLC litigation. | 55,000.00 | 55,000.00 | | 0.00 | 55,000.00 |

Gross Value of Remaining Assets

TOTALS (Excluding Unknown Values)    $71,508.00    $71,508.00    $0.00    $71,508.00

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Investigating possible insider transfers from Debtor; Owner filed personal bankruptcy in Florida. - Joji Takada 9/28/2016

Investigating possible insider transfers from Debtor; Owner filed personal bankruptcy in Florida. - Joji Takada 12/20/2016

Initial Projected Date of Final Report (TFR): 12/30/2017    Current Projected Date of Final Report (TFR): 12/30/2017

Trustee Signature:    /s/ Joji Takada, Chapter 7 Trustee    Date: 02/01/2017
Joji Takada, Chapter 7 Trustee
6336 North Cicero Avenue, Suite 201
Chicago, Illinois 60646
(773) 790-4888
trustee@takadallc.com

# FORM 2
## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Case No: 16-24720  
Case Name: Carhart, Inc.  

Trustee Name: Joji Takada, Chapter 7 Trustee  
Bank Name:  
Account Number/CD#:  

Taxpayer ID No: XX-XXX3294  
For Period Ending: 12/31/2016  

Blanket Bond (per case limit): $5,000,000.00  
Separate Bond (if applicable):  

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
|  |  | No Bank Accounts |  |  |  |  |  |

|  |  |  |
|---|---|---|
| COLUMN TOTALS | $0.00 | $0.00 |
| Less: Bank Transfers/CD's | $0.00 | $0.00 |
| Subtotal | $0.00 | $0.00 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $0.00 | $0.00 |

Page Subtotals:   $0.00   $0.00

TOTAL OF ALL ACCOUNTS

|  | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| - | $0.00 | $0.00 | $0.00 |
|  | $0.00 | $0.00 | $0.00 |
|  | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| Total Allocation Receipts: | $0.00 |
|---|---|
| Total Net Deposits: | $0.00 |
| Total Gross Receipts: | $0.00 |

Trustee Signature:   /s/ Joji Takada, Chapter 7 Trustee
                     Date: 02/01/2017

Joji Takada, Chapter 7 Trustee
6336 North Cicero Avenue, Suite 201
Chicago, Illinois  60646
(773) 790-4888
trustee@takadallc.com

Page Subtotals:                                $0.00              $0.00