UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| In Re: | ) | BK No.: 16-24720 |
|---|---|---|
| CARHART, INC., | ) ) ) ) ) ) | Chapter: 7  Honorable Pamela S. Hollis  Joliet |
| Debtor(s) | ) | |

## ORDER GRANTING
## TRUSTEE'S APPLICATION TO EMPLOY SPECIAL COUNSEL

THIS MATTER COMING TO BE HEARD on Trustee's Application to Employ Special Counsel (the "Application"); due notice having been given; movant having appeared; and the Court being advised in the premises;

IT IS HEREBY ORDERED:

1. The Application is granted.

2. Joji Takada, not individually but as Chapter 7 Trustee, is authorized to enter into a Contract for Legal Services with and retain Zane Zielinski. as bankruptcy ("Counsel"); provided, that any payment of fees or expenses to Counsel is subject to further approval and order of the Court.

Enter:

Honorable Pamela S. Hollis
United States Bankruptcy Judge

Dated: August 17, 2018

**Prepared by:**

Joji Takada
TAKADA LAW OFFICE, LLC
6336 North Cicero Avenue, Suite 201
Chicago, Illinois 60646
Tel: 773-790-4888