# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS

## ADMINISTRATIVE ORDER
## No. 23-10

### Reassignment of Judge LaShonda A. Hunt's Joliet Cases

Judge LaShonda A. Hunt having been nominated to the United States District Court, and the Senate having confirmed the nomination, **IT IS ORDERED:**

Except as otherwise ordered, all pending Chapter 7 and 13 cases on the Joliet call assigned to Judge Hunt as well as any related adversary proceedings are reassigned to Judge Thorne.

The clerk is authorized to modify the court's electronic case management records to conform with this order.

This order is effective as of the close of business on May 19, 2023.

Dated: May 8, 2023

A. Benjamin Goldgar
Chief Bankruptcy Judge